**Transferred case has been opened**

MDD_CM-ECF_Filing@mdd.uscourts.gov <MDD_CM-ECF_Filing@mdd.uscourts.gov>
Wed 9/2/2020 4:03 PM

**To:** CASDdb_interdistricttransfer_casd <interdistricttransfer_casd@casd.uscourts.gov>

CASE: 3:20-cv-00745

DETAILS: Case transferred from California Southern
has been opened in District of Maryland
as case 1:20-cv-02549, filed 09/02/2020.